UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In Re:

LYNN UTSEY,

Debtor.
---------------------------------------------------------x

Chapter 13

Case No. 19-10775-CGM-13

# TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Krista M. Preuss, Trustee of the estate of the above-named debtor, reports that the following dividend is unclaimed over 90 days from the date of issuance:

| CLAIMANT NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| LYNN UTSEY,<br>PO BOX 683<br>BRONX, NY 10473-6000 | $31,540.98 |

Trustee check number 636863 has been issued to the Clerk of the Court in the sum of $31,540.98. This amount represents the total of the aforesaid unclaimed dividend.

Dated: June 8, 2020
White Plains, New York

Respectfully submitted,
*/s/ Krista M. Preuss*
KRISTA M. PREUSS      JF
Standing Chapter 13 Trustee, SDNY
399 Knollwood Road, Suite 102
White Plains, NY 10603
(914) 328-6333